UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                     ) CASE NO. CR06-309-TSZ
      Plaintiff, )
                                     )
  v. ) SUMMARY REPORT OF U.S.
                                     ) MAGISTRATE JUDGE AS TO
HOA DUY TUONG, ) ALLEGED VIOLATIONS
                                     ) OF SUPERVISED RELEASE
      Defendant. )
_____ )

      An evidentiary hearing on supervised release revocation in this case was scheduled before me on January 11, 2012. The United States was represented by AUSA Lisca Borichewski and the defendant by Ralph Hurvitz. The proceedings were digitally recorded.

      Defendant had been sentenced on or about March 23, 2007 by the Honorable Thomas S. Zilly on a charge of Possession of MDMA with Intent to Distribute, and sentenced to 37 months custody, three years supervised release.

      The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, provide his probation officer with

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

financial information upon request, and not associate with any known gang members. (Dkt. 23.)

Defendant's probation officer reported that defendant tested positive for opiates on December 22, 2009. He was reprimanded and placed in a structured testing program. No further action was taken at the time. (Dkt. 31.) Defendant tested positive for cocaine on March 19, 2010, admitting use on March 17, 2010. He was reprimanded and referred for professional assessment. No further action was taken at the time. (Dkt. 32.)

In an application dated July 21, 2011 (Dkt.33, 34), U.S. Probation Officer Jennifer Van Flandern alleged the following violations of the conditions of supervised release:

1. Committing the crime of Felon in Possession of a Weapon on or about July 13, 2011, in Seattle, Washington, in violation of the general condition that he not commit a federal, state, or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 42.)

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly, at the sentencing on the underlying charge.

///

///

///

///

01  Pending a final determination by the Court, defendant has been detained.

02  DATED this <u>11th</u> day of January, 2012.

                                                _____
                                                Mary Alice Theiler
                                                United States Magistrate Judge

07  cc:   District Judge:        Honorable Thomas S. Zilly
          AUSA:                  Lisca Borichewski
08        Defendant's attorney:  Ralph Hurvitz
          Probation officer:     Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3